# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00020-FDW-DSC

| | |
|---|---|
| KLUHSMAN MACHINE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DINO PAOLI SRL AND UNITED RACE )<br>PARTS, LLC, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit [for Robert D. Keeler and Wesley W. Whitmyer, Jr.]" (documents # 9 and 10) filed March 15, 2019. For the reasons set forth therein, the Motions will be granted

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: March 18, 2019

_____
David S. Cayer
United States Magistrate Judge